UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

v.

WILLIAM P. FOLEY, II, et al.,

    Defendants.
_____/

Case No. 1:22-cv-991

Hon. Hala Y. Jarbou

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and Defendants William P. Foley, II; Anthony Jabbour; Michael L. Gravell; Christopher Azur; Marjorie Nemzura; Madeline G.M. Lovejoy; Todd Johnson; April Johnson; Miriam Moore; Fidelity National Financial, Inc.; Fidelity National Title Insurance Company, Inc.; Black Knight, Inc.; Black Knight Financial Services, LLC; FIS Output Solutions, LLC; ServiceLink Holdings, LCC; ServiceLink National Flood, LLC; ServiceLink, LLC; DocX, LLC; FiServ, Inc.; LinkPoint International, Inc.; Frank Bisignano; Jeffrey Yabuki; Himanshu Patel; Adam Rosman; Eric Jorgenson; CoreLogic, Inc.; Patrick Dodd; Frank Martell; Exela Technologies Inc.; SourceHOV, LLC; Transcentra, Inc.; Regulus West, LLC; Par Chadha; Ron Cogburn; Covius Document Services, LLC; Covius Holdings, Inc.; Rob Clements; Rod Walz; Kevin Miller; Frankling Credit Management Corporation; Thomas Axon; Pinnacle Document Services, LLC; GI Partners, Ltd; RR Donnelly; Cedar Document Technologies, Inc.; Cyprexx Services, LLC; RSB Field Services; Antonina Caramiso; Michael Casteele; JP Morgan Chase; Jamie Dimon; Bank of America, N.A.; First American Title Insurance Company; Dennis J. Gilmore; Bell Title Agency of Hastings, LLC; Leigh Kraushaar; Deanne Turner; Blake Turner; The American Land Title Association; The

ALTA Board of Governors; Daniel M. Wold; Jack Rattikin, III; Don Kennedy; Perl Mortgage, Inc.; Kenneth Perlmutter; Alex Margulis; Terry Salerno; Intercontinental Exchange, Inc.; MERSCORP Holdings, Inc.; Mortgage Electronic Registration Systems, Inc.; Benjamin Jackson; Bill Beckmann; Caliber Home Loans, Inc.; PennyMac Financial, Inc.; David Spector; Jeffrey Grogin; Andrew Chang; Theodore W. Tozer; Nationwide Title Clearing, LLC; John Hillman; Dave LaRose; Gregory M. McCoskey; Equifax Information Services, LLC.; Potestivo and Associate, P.C.; Charlotte Haack; Brian A. Potestivo; Alexander Potestivo; Michael Woods; Mark W. Sheldon; Detroit Legal News Publishing, LLC; Bradley L. Thompson, II; Anna Graham; Ban Ibrahim; United States Department of Justice; United States Senate Committee on Banking, Housing, and Urban Affairs; The Securities and Exchange Commission; Department of Housing and Urban Development; The Government National Morgage Association; Michael Drayne; The Federal Trade Commission; The Federal Deposit Insurance Corporation; Michigan Department of Financial and Insurances Services; Michigan Office of Attorney General; Michigan Barry County Recorder of Deeds; State Bar of Michigan; California Department of Business Oversight; Florida Office of Governor DeSantis Notary Section; Florida Office of Attorney General; New York Office of Attorney General; Nevada Office of Attorney General; Illinois attorney Registration and Disciplinary Committee; The State Bar of California; and The Florida Bar have not been served. This notice serves to inform Plaintiff that the action shall be dismissed without prejudice as to the above-named Defendants, unless Plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m).

Dated:   December 29, 2022                  /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE