UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A., et al.

    Defendants.

Case No. 1:22-cv-00991

Hon. Chief Judge Hala Y. Jarbou

Magistrate Judge Ray Kent

---

Elena Fedorova
5757 Saggio Road
Hasting, MI 49058
PRO SE

Mark J. Magyar (P75090)
DYKEMA GOSSETT, PLLC
Attorneys for Unserved Defendant JPMorgan Chase Bank, N.A.
201 Townsend St., Suite 900
Lansing, MI 48933
616-776-7523
mmagyar@dykema.com

---

### PROOF OF SERVICE

I hereby certify that on January 5, 2023, I caused to be served copies of (1) JPMorgan Chase Bank, N.A.'S and Mr. Jamie Dimon's Provisional Motion for Extension of Time to Respond to Complaint Until 30 Days After Proper Service and Compliance with Fed. R. Civ. P. 4($l$), (2) Brief in Support, (3) Certificate of W.D. Mich. LCivR 7.1(D) Concurrence Attempts, and (4) Proof of Service via U.S. Mail, postage prepaid, upon Plaintiff at the address listed above.

                                          DYKEMA GOSSETT PLLC

Dated:  January 5, 2023         By:/s/ Mark J. Magyar
                                          Mark J. Magyar (P75090)

110824.000854  4870-2784-3144.1