UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

v.

    Case No. 1:22-cv-991

    Hon. Hala Y. Jarbou

WILLIAM P. FOLEY, II, et al.,

    Defendants.

_____/

## ORDER

The Court having issued a Notice of Impending Dismissal (ECF No. 46), and an Order directing Plaintiff to file any remaining proofs of service by February 14, 2023 (ECF No. 96), and Plaintiff having failed to timely file proof that service has been completed,

**IT IS ORDERED** that Defendants William P. Foley, II; Anthony Jabbour; Michael L. Gravell; Christopher Azur; Marjorie Nemzura; Madeline G.M. Lovejoy; Todd Johnson; April Johnson; Miriam Moore; Fidelity National Financial, Inc.; Fidelity National Title Insurance Company, Inc.; Black Knight, Inc.; Black Knight Financial Services, LLC; FIS Output Solutions, LLC; ServiceLink Holdings, LCC; ServiceLink National Flood, LLC; ServiceLink, LLC; DocX, LLC; LinkPoint International, Inc.; Frank Bisignano; Jeffrey Yabuki; Himanshu Patel; Adam Rosman; Eric Jorgenson; Patrick Dodd; Frank Martell; SourceHOV, LLC; Transcentra, Inc.; Regulus West, LLC; Par Chadha; Ron Cogburn; Covius Document Services, LLC; Covius Holdings, Inc.; Rob Clements; Rod Walz; Kevin Miller; Frankling Credit Management Corporation; Thomas Axon; Pinnacle Document Services, LLC; GI Partners, Ltd; RR Donnelly; Cedar Document Technologies, Inc.; Cyprexx Services, LLC; RSB Field Services; Antonina Caramiso; Michael Casteele; Jamie Dimon; Bank of America, N.A.; First American Title

Insurance Company; Dennis J. Gilmore; Bell Title Agency of Hastings, LLC; Leigh Kraushaar; Deanne Turner; Blake Turner; The American Land Title Association; The ALTA Board of Governors; Daniel M. Wold; Jack Rattikin, III; Don Kennedy; Perl Mortgage, Inc.; Kenneth Perlmutter; Alex Margulis; Terry Salerno; Intercontinental Exchange, Inc.; MERSCORP Holdings, Inc.; Mortgage Electronic Registration Systems, Inc.; Benjamin Jackson; Bill Beckmann; Caliber Home Loans, Inc.; PennyMac Financial, Inc.; David Spector; Jeffrey Grogin; Andrew Chang; Theodore W. Tozer; Nationwide Title Clearing, LLC; John Hillman; Dave LaRose; Gregory M. McCoskey; Equifax Information Services, LLC.; Potestivo and Associate, P.C.; Charlotte Haack; Brian A. Potestivo; Alexander Potestivo; Michael Woods; Mark W. Sheldon; Detroit Legal News Publishing, LLC; Bradley L. Thompson, II; Anna Graham; Ban Ibrahim; United States Senate Committee on Banking, Housing, and Urban Affairs; The Securities and Exchange Commission; Department of Housing and Urban Development; The Government National Morgage Association; Michael Drayne; The Federal Trade Commission; The Federal Deposit Insurance Corporation; Michigan Department of Financial and Insurances Services; Michigan Office of Attorney General; Michigan Barry County Recorder of Deeds; State Bar of Michigan; California Department of Business Oversight; Florida Office of Governor DeSantis Notary Section; Florida Office of Attorney General; New York Office of Attorney General; Nevada Office of Attorney General; Illinois attorney Registration and Disciplinary Committee; The State Bar of California; and The Florida Bar are **DISMISSED without prejudice** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated:   February 17, 2023              /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE