UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**ELENA FEDOROVA**,

    Plaintiff,

-vs-

**WILLIAM P. FOLEY, et al.**,

    Defendants.

Case No. 22-CV-991
Honorable Hala Y. Jarbou

---

### DEFENDANT FISERV, INC.'S MOTION TO DISMISS

Defendant Fiserv, Inc. ("Fiserv"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(5), for an order quashing Plaintiff's Summons to Fiserv and dismissing the following causes of action that Plaintiff Elena Fedorova purports to assert against Fiserv in her Complaint and Demand for Jury Trial (the "Complaint"):[1]

1. <u>First Claim for Relief</u>: Fraud, Including Fraud by Inducement, Fraud in the Factum, Conspiracy to Defraud Individually and as a Group;

2. <u>Fifth Claim for Relief</u>: Violation of Fair Debt Collection Practices Act (FDCPA);

3. <u>Sixth Claim for Relief</u>: Violations of Real Estate Settlement Procedures Act (RESPA);

4. <u>Seventh Claim for Relief</u>: Mail Fraud and Racketeering;

5. <u>Eighth Claim for Relief</u>: Trespass and Invasion of Privacy; and

6. <u>Ninth Claim for Relief</u>: Slander of Title.

---

[1] Because of the scattershot, vague, and often incoherent allegations in Plaintiff's Complaint, it is difficult to discern which "claims" Plaintiff is asserting against Fiserv and which are pleaded against other defendants but not Fiserv. This Motion requests dismissal of the causes of action that Fiserv believes Plaintiff has affirmatively asserted against it, but Fiserv reserves its right to move to dismiss any causes of action not listed herein to the extent Plaintiff later takes the position that such causes of action were asserted against Fiserv.

4887-4850-8740

In the alternative, Fiserv respectfully moves this Court for an order dismissing the same causes of action pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b).  Plaintiff advised the undersigned counsel via email on June 7, 2023 that she intends to oppose this Motion.

In support of this Motion, Fiserv relies on the attached brief in support, the pleadings and exhibits on file, the Federal Rules of Civil Procedure, and the Local Rules of this Court.

Dated:  June 12, 2023

        Respectfully submitted,

/s/ *Leah R. Imbrogno*
Leah R. Imbrogno (P79384)
Raymond McVeigh (P84799)
**FOLEY & LARDNER LLP**
500 Woodward Avenue | Suite 2700
Detroit, MI 48226
LImbrogno@foley.com
RMcVeigh@foley.com
(313) 234-7100

*Counsel for Fiserv, Inc.*