UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

v.

WILLIAM P. FOLEY, II, et al.,

    Defendants.

                                   /

Case No. 1:22-cv-991

Hon. Hala Y. Jarbou

## ORDER

On May 30, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Court grant Defendant Corelogic, Inc.'s motion to dismiss (ECF No. 83). (*See* R&R, ECF No. 206.) Copies of the R&R were mailed to Plaintiff on May 31, 2023. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 206) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Corelogic, Inc.'s motion to dismiss (ECF No. 83) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Corelogic, Inc. is **DISMISSED**.

Dated: June 20, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE