UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

v.

WILLIAM P. FOLEY, II, et al.,

    Defendants.

_____/

Case No. 1:22-cv-991

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the R&R (ECF No. 216) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant PennyMac Loan Services, LLC's motion to dismiss (ECF No. 82) is **GRANTED** for the reasons stated in the R&R and in the Court's opinion.

**IT IS FURTHER ORDERED** that Defendant PennyMac Loan Services, LLC is **DISMISSED** for failure to state a claim.

Dated: August 31, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE