UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

v.

                                Case No. 1:22-cv-991

WILLIAM P. FOLEY, II, et al.,          Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On October 18, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendant JPMorgan Chase Bank, N.A.'s motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process (ECF No. 185) be granted.  (ECF No. 228.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on November 1, 2023.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 228) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant JPMorgan Chase Bank, N.A's motion to dismiss (ECF No. 185) is **GRANTED** for insufficient service of process.

**IT IS FURTHER ORDERED** that Defendant JPMorgan Chase Bank, N.A. is **DISMISSED**.

Dated: November 3, 2023          /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              CHIEF UNITED STATES DISTRICT JUDGE