UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

v.

WILLIAM P. FOLEY, II, et al.,

    Defendants.
_____/

Case No. 1:22-cv-991

Hon. Hala Y. Jarbou

## **ORDER**

On January 9, 2024, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Court grant Defendant Fiserv's motion to dismiss (R&R, ECF No. 231). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on January 23, 2024. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 231) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Fiserv, Inc.'s Motion to Dismiss (ECF No. 207) is **GRANTED** and **DISMISSED** from this action.

**IT IS FURTHER ORDERED** that the stay in this case is **LIFTED** and the case is **DISMISSED**.

A judgment will issue in accordance with this order.

Dated: January 24, 2024                          /s/ Hala Y. Jarbou
                                                 HALA Y. JARBOU
                                                 CHIEF UNITED STATES DISTRICT JUDGE