UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

v.

                              Case No. 1:22-cv-991

WILLIAM P. FOLEY, II, et al.,            Hon. Hala Y. Jarbou

    Defendants.
_____/

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: January 24, 2024                /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        CHIEF UNITED STATES DISTRICT JUDGE