UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA FEDOROVA,

    Plaintiff,

v().

WILLIAM P. FOLEY, II, et al.,

    Defendants.
_____/

Case No. 1:22-cv-991

Hon. Hala Y. Jarbou

## **CORRECTED ORDER**

On January 9, 2024, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Court grant Defendant Fiserv's motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  (R&R, ECF No. 231).  Because Fiserv is the last remaining defendant in this action, the R&R also recommends that the Court lift its May 11, 2023 order staying the proceedings (ECF No. 189) and dismiss the case.

The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on January 23, 2024.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 231) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Fiserv, Inc.'s Motion to Dismiss (ECF No. 207) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Fiserv, Inc. is **DISMISSED**.

**IT IS FURTHER ORDERED** that the stay in this case (ECF No. 189) is **LIFTED**.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith.

A judgment will issue in accordance with this order.

Dated: January 24, 2024                /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE